# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-2813
LT Case No. 2021-CC-000620

_____

MORNINGSTAR ASSISTED LIVING,
LLC,

    Appellant,

    v.

SAFEPOINT INSURANCE
COMPANY,

    Appellee.

_____


On appeal from the County Court for Marion County.
Lori Cotton, Judge.

Brandon S. Vesley, of The Florida Appellate Firm, P.A., St. Petersburg, for Appellant.

Patrick M. Chidnese, of B.C.S. Appellate Practice, and Frieda C. Lindroth, of Bickford & Chidnese, LLP, Tampa, for Appellee.

May 7, 2024


PER CURIAM.

    AFFIRMED.

JAY, KILBANE, and PRATT, JJ., concur.

———————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————————